Louis S. Franecke, Esq. (Cal. State Bar No. 52386)
FRANECKE LAW GROUP
1115 Irwin Street, Suite 100
San Rafael, CA 94102
Telephone: 415-457-7040
Facsimile:  415-457-7041

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURIE SMITH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AMERICAN AIRLINES, INC., and DOES 1-50,<br><br>　　　　Defendants. | CASE NO. C09-02903 WHA<br><br>[~~PROPOSED~~]<br><br>**ORDER CONTINUING MEDIATION DEADLINE**<br>_____ |

Based on the representations and stipulation of the parties for the continuance of the mediation deadline pursuant to A.D.R. Local Rule 6-4(b), and thus the parties having moved for an extension of said deadline established by the Court herein as December 30, 2009, it is hereby ordered as follows:

The Alternative Dispute Resolution deadline, pursuant to ADR Local Rule 3-6, is hereby extended, pursuant to ADR Local Rule 6-4(b), to ~~March 31, 2010.~~ February 26, 2010.

IT IS SO ORDERED.

_____
Judge, U.S. District Court
Northern District of California

[APPROVED — Judge William Alsup]

**ORDER CONTINUING MEDIATION DEADLINE**
(C09-02903 WHA)

-1-