IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAURIE SMITH,

    Plaintiff,

v.

AMERICAN AIRLINES, INC., and DOES 1 to 50,

    Defendants.

No. C 09-02903 WHA

**ORDER SETTING HEARING ON DEFENDANT'S DISCOVERY DISPUTE**

    Defendant outlines its discovery dispute in a March 4, 2010, letter. Plaintiff's response thereto is due by 9:00 a.m. on March 15. A further meet-and-confer is **SET** from **8:00 A.M.–11:00 A.M. ON WEDNESDAY, MARCH 16** in the Attorney's Lounge located on the eighteenth floor of the federal courthouse, at 450 Golden Gate Avenue, in San Francisco. At **11:0 A.M.** that day, the Court shall hold a hearing to resolve any remaining issue(s).

    Please note that only those who personally participate in the further meet-and-confer may argue at the hearing.

    **IT IS SO ORDERED.**

Dated: March 5, 2010.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE