United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAURIE SMITH,

    Plaintiff,

v.

AMERICAN AIRLINES, INC., and DOES 1 to 50,

    Defendants.

/

No. C 09-02903 WHA

**AMENDED ORDER SETTING HEARING ON DEFENDANT'S DISCOVERY DISPUTE**

Defendant outlines its discovery dispute in a March 4, 2010, letter. Plaintiff's response thereto is due by 9:00 a.m. on March 15. A further meet-and-confer is **SET** from *8:00 A.M.–11:00 A.M. ON TUESDAY, MARCH 16* in the Attorney's Lounge located on the eighteenth floor of the federal courthouse, at 450 Golden Gate Avenue, in San Francisco. At **11:00 A.M.** that day, the Court shall hold a hearing to resolve any remaining issue(s).

Please note that only those who personally participate in the further meet-and-confer may argue at the hearing.

**IT IS SO ORDERED.**

Dated: March 5, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE