**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAURIE SMITH,

      Plaintiff,

  v.

AMERICAN AIRLINES, INC., and DOES 1 to 50,

      Defendants.
                                       /

No. C 09-02903 WHA

**ORDER REGARDING DISCOVERY DISPUTE**

At the discovery dispute hearing on March 16, 2010, the parties were ordered to *jointly* submit a proposed order capturing the undersigned's rulings on their dispute. At 5:00 p.m. on Friday, March 19, 2010, Attorney Louis Franecke, representing plaintiff, filed a letter indicating that he was flying to Europe and was unable to meet and confer with defendant on a joint proposed order. Attorney Franecke then filed *his own* proposed order for approval.

This is not acceptable. The parties are ordered to meet and confer, and *jointly* submit a proposed order capturing the undersigned's rulings on their dispute **BY NOON ON THURSDAY, MARCH 25, 2010**. As the parties are aware, they may order a transcript of the hearing if they disagree on what transpired at the hearing.

    **IT IS SO ORDERED.**

Dated: March 22, 2010.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE