IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAURIE SMITH,

    Plaintiff,

v.

AMERICAN AIRLINES, INC.,
and DOES 1 to 50,

    Defendants.
                                 /

No. C 09-02903 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

       The Court **SETS** a further meet-and-confer from **8:00–11:00 A.M. ON TUESDAY, JUNE 22** in the Court's jury room concerning the discovery dispute outlined in plaintiff's letter of June 10. At **11:00 A.M.**, a hearing will be held to resolve any remaining issue(s).

       Please note that only those who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

       **IT IS SO ORDERED.**

Dated: June 18, 2010.

                                       WILLIAM ALSUP
                                       UNITED STATES DISTRICT JUDGE