IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAURIE SMITH,

    Plaintiff,

  v.

AMERICAN AIRLINES, INC.,
and DOES 1 to 50,

    Defendants.

No. C 09-02903 WHA

**ORDER REGARDING STIPULATED REQUEST TO CONTINUE TRIAL DATE**

The undersigned has received the parties' stipulated request to continue the trial date from October 18, 2010, to sometime in "mid-February or late-April, 2011." The reasons stated therein include: (1) an alleged inability to complete discovery due to delays in scheduling depositions of Kaiser Hospital physicians and various FRCP 30(b)(6) and percipient witness employees of American Airlines; (2) the pregnancy of defense counsel and the due date falling at or around the October trial date; (3) a four-week trial in the Central District of California that, due allegedly to a motion to continue, is now scheduled to begin in November for plaintiff's counsel; and (4) to allow experts sufficient time to properly prepare their reports. This request will be addressed at the discovery dispute hearing currently scheduled for **11 A.M. TOMORROW, JUNE 22.**

    **IT IS SO ORDERED.**

Dated: June 21, 2010.

                                WILLIAM ALSUP
                                UNITED STATES DISTRICT JUDGE