Louis S. Franecke, Esq. (Cal. State Bar No. 52386)
FRANECKE LAW GROUP
1115 Irwin Street, Suite 100
San Rafael, CA 94102
Telephone: 415-457-7040
Facsimile: 415-457-7041

Randall H. Scarlett, Esq. (Cal. State Bar No. 135554)
SCARLETT LAW GROUP
536 Pacific Avenue
San Francisco, CA 94133
Telephone: 415-352-6264
Facsimile: 415-352-6265

Attorneys for Plaintiff
LAURIE SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURIE SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC. and DOES 1 to 50,<br><br>    Defendants. | CASE NO.  C09-02903 WHA<br><br>**ORDER REGARDING PLAINTIFF'S MOTION TO COMPEL ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, NOS. 1-9** |

      Plaintiff's Motion to Compel Further Answers to Plaintiff's First Set of Interrogatories to Defendant American Airlines came on for hearing herein on Tuesday, June 22, 2010, at 11:00 a.m., before this Court; therein appearing Louis S. Francecke for the plaintiff and Kimberly McIntyre and Kymberly Speer for the defendants.

      Pursuant to the Court's Order, the parties had conferred at the courthouse prior to the hearing on the issues of the Motion. The parties had resolved and agreed that defendant would provide further answers to plaintiff's Interrogatories 1-9 for those individuals who are or were American Airline employees, as the question may call for.

However, the parties had been unable to resolve whether further answers, except as agreed upon, should be provided regarding non-defendant employees.

The Court, having heard argument, reviewed the matter and for good cause orders as follows:

1. Defendant American Airlines will provide further answers to Interrogatories 1-9 as the interrogatory may call for the identify of such witness who is or was an employee of American Airlines as the parties had agreed prior to the hearing.

2. Defendant American Airlines does not have to further answer Interrogatories 1-9 as to other non-employee witnesses.

3. Defendant American Airlines is to answer the following Interrogatory as composed by the Court:

Please state the name, address and telephone number of each and every passenger and/or crew member who you contend saw the bottle in any context prior to it hitting plaintiff on the head, and who you contend saw plaintiff's husband open the subject bin.

4. Said answers to interrogatories shall be served on or before June 30, 2010.

IT IS SO ORDERED.

Dated: June 24, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE



APPROVED AS TO FORM:

KENNEY & MARKOWITZ LLP


By __/s/ Kimberly I. McIntyre_____
   Kimberly I. McIntyre
Attorneys for Defendant
American Airlines, Inc.

**Franecke Law Group**