IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAURIE SMITH,

    Plaintiff,

  v.

AMERICAN AIRLINES, INC.,
and DOES 1 to 50,

    Defendants.
                              /

No. C 09-02903 WHA

**ORDER RE NOTICE OF SETTLEMENT**

    The Court acknowledges and thanks defendant for its notice of settlement in the captioned matter. Please note, however, that all deadlines remain in effect until a dismissal is filed.

    **IT IS SO ORDERED.**

Dated: October 12, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE