LOUIS S. FRANECKE (SBN 52386)
FRANECKE LAW GROUP
1115 Irwin Street, Suite 100
San Rafael, CA 94102
Telephone:    (415) 457-7040
Facsimile:    (415) 457-7041
Email: louis.franecke@verizon.net

Attorneys for Plaintiff
LAURIE SMITH


KYMBERLY E. SPEER (SBN 121703)
KIMBERLY I. MCINTYRE (SBN 184648)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA  94111
Telephone:    (415) 397-3100
Facsimile:    (415) 397-3170
Email: kspeer@kennmark.com
       kmcintyre@kennmark.com

Attorneys for Defendant
AMERICAN AIRLINES, INC.


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURIE SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC. and DOES 1 to 50,<br><br>    Defendants. | CASE NO.  C09-02903 WHA<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION FOR DISMISSAL** |

{30075.302131 0142169.DOC}                    -1-
[~~PROPOSED~~] ORDER ON STIPULATION OF DISMISSAL
CASE NO:  C09-02903 WHA

1  PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED THAT THIS
2  ACTION IS DISMISSED WITH PREJUDICE, EACH PARTY TO BEAR ITS OWN
3  ATTORNEYS' FEES AND COSTS.

Dated: October 28, 2010.

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE